ALEX FOLEY v. THE STATE.

No. 10047—Delivered March 24, 1926.

**Murder—No Statement of Facts—No Bill of Exceptions.**

This record discloses a conviction of murder, with a penalty of ninety-nine years. There is no statement of facts, and no exceptions are brought forward. The record does not suggest that appellant received other than a fair trial, and the judgment is affirmed.

Appeal from the District Court of Lavaca County. Tried below before the Hon. Lester Holt, Judge.

Appeal from a conviction of murder, penalty ninety-nine years in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for murder, with punishment assessed at confinement in the penitentiary for ninety-nine years.

The record contains no statement of the facts proven on the trial, and no exceptions are brought forward complaining of any proceeding during the trial. The charge of the court is

applicable to a case provable under the indictment. It appears to have been amended to meet objections urged to it, and several special charges were given. The record does not suggest that appellant received other than a fair trial.

The judgment is affirmed.

*Affirmed.*